IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HARLEY-DAVIDSON MOTOR COMPANY, INC., and H-D MICHIGAN, LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | 8:10CV86 |
| v. | ) ) | |
| ELWORTH'S HARLEY-DAVIDSON SALES & SERVICE, INC., and GREGORY J. ELWORTH, | ) ) ) ) | ORDER |
| Defendants. | ) ) | |
| ELWORTH'S HARLEY-DAVIDSON SALES & SERVICE, INC., and GREGORY J. ELWORTH, | ) ) ) ) | |
| Counterclaim-Plaintiffs, | ) ) ) | |
| HARLEY-DAVIDSON MOTOR COMPANY, INC., | ) ) ) | |
| Counterclaim-Defendants. | ) ) ) | |

This matter is before the Court on plaintiffs' motion for contempt and to enforce preliminary injunction (Filing No. 37). The Court notes that the time for responding to the motion has expired, and defendants did not file any response.

IT IS ORDERED that defendants shall show cause at the previously set May 27, 2010, scheduling conference (*see* Filing

No. 41) as to why plaintiffs' motion for contempt should not be granted.

DATED this 17th day of May, 2010.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court